# United States District Court
## For The Western District of North Carolina
## Statesville Division

JOEY D. SCOTT,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:08CV137-3-MU

SERGEANT HUDGINS, MATTHEW PENNELL, KEITH WHITENER & BOYD BENNETT,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2008, Order.

                                                Signed: December 1, 2008

                                                Frank G. Johns, Clerk
                                                United States District Court